UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TERRY FIDDLER,<br><br>  Defendant. | 2:10-cr-00052-RLH-VCF<br><br>ORDER DIRECTING PAYMENT OF<br>TRANSPORTATION EXPENSES |

On the motion of defendant TERRY FIDDLER, made pursuant to 18 U.S.C. §4285, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's non-custodial transportation, or furnish reimbursement for the mileage expense, up to the cost of commercial air travel fare for such transportation, to Las Vegas Nevada on or before Friday, December 16, 2011, at 9:30 a.m., to appear in court in the above-entitled matter for the purpose of Sentencing. The reimbursement shall be made in the form of cash, United States Money Order, or cashier's check.

IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to his destination, not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §5702(a).

DATED this 9th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE